# Supreme Court of the United States
## Office of the Clerk
### Washington, DC  20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

October 8, 2015

Clerk
Court of Criminal Appeals of Texas
P.O. Box 12308
Capitol Station
Austin, TX  78711


Re:  Robert Jackson Crider, II
     v. Texas
     No. 15-433
     (Your No. PD-1248-14)


Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on July 14, 2015 and placed on the docket October 8, 2015 as No. 15-433.



Sincerely,

**Scott S. Harris**, Clerk

by *Melissa Blalock*

Melissa Blalock
Case Analyst

RECEIVED IN
COURT OF CRIMINAL APPEALS

OCT 14 2015

Abel Acosta, Clerk